AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| United States Securities and Exchange Commission <br> *Plaintiff* <br> v. <br> Fisher et al <br> *Defendant* | ) ) ) ) ) Civil Action No. 07-cv-4483 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: Defendant Kathleen Halloran shall pay to Plaintiff SEC within 28 days of the date of this order, $291, 075.98 and Defendant George Behrens shall pay to Plaintiff SEC within 28 days of the date of this order, $152,705.95 in accordance with the Court's Order issued on 5/29/13 [216].

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge James B. Zagel on a motion for Voluntary Dismissal of Counts I, II and IV and Entry of Consent Judgments Based on Count III [214].

Date: May 29, 2013

*CLERK OF COURT*, Thomas G. Bruton

/s/ Elisa Perez

*Signature of Clerk or Deputy Clerk*